CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| QUENTIN MCLEAN, ) | |
|     Plaintiff, ) | Civil Action No. 7:06cv00090 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | |
| SAMUEL G. WILSON, ) | By: Samuel G. Wilson |
|     Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), all other pending motions are hereby **DENIED,** and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of February, 2006.

_____
United States District Court Judge